**Entered on Docket**
**December 08, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Hynd's Plumbing & Heating Co., Inc.<br>A Nevada Corporation<br><br>Debtor(s) | BK 01-14028 BAM<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,429.11 constituting an unclaimed dividend is declared due to Gregory Grove c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Gregory Grove
c/o Dilks & Knopik
PO Box 2728
Issaquah WA. 98027

###